# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**689**

**CA 11-02462**

PRESENT: SMITH, J.P., FAHEY, PERADOTTO, SCONIERS, AND MARTOCHE, JJ.

---

KENNETH M. SCHLAU, JR., PLAINTIFF-APPELLANT,

V                                                                    ORDER

CITY OF BUFFALO, ET AL., DEFENDANTS,
AND FREY ELECTRIC CONSTRUCTION CO., INC.,
DEFENDANT-RESPONDENT.
(APPEAL NO. 3.)

---

PAUL WILLIAM BELTZ, P.C., BUFFALO (DEBRA A. NORTON OF COUNSEL), FOR PLAINTIFF-APPELLANT.

RUPP, BAASE, PFALZGRAF, CUNNINGHAM & COPPOLA LLC, BUFFALO (KIMBERLY A. GEORGER OF COUNSEL), FOR DEFENDANT-RESPONDENT.

-------------------------------------------------------------------------------------------------------

    Appeal from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered December 7, 2011 in a personal injury action. The order denied plaintiff's motion for leave to renew and reargue his opposition to the summary judgment motion of defendant Frey Electric Construction Co., Inc.

    It is hereby ORDERED that said appeal is unanimously dismissed without costs (*see Braitman v Minicucci & Grenga* [appeal No. 1], 272 AD2d 875).

Entered:  June 15, 2012                          Frances E. Cafarell
                                                 Clerk of the Court